IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMECUS REED,** | 2:14-CV-00463-JAM-GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **STU SHERMAN,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional thirty (30) days, to and including January 19, 2015, to file a reply to Petitioner's opposition to the motion to dismiss.

Dated: December 29, 2014

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Reed0463.111
SA2014117212
11640290.doc

1